

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2014

No. 04-14-00012-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY INC.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's unopposed first motion for extension of time to file an en banc reconsideration is hereby GRANTED.

It is so **ORDERED** on September 15, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court